Name: TINA M. ESPINOSA DE LOS MONTEROS

Address: 2667 PIRTLE STREET

LOS ANGELES, CALIFORNIA 90039

Phone: 323-492-2672

Fax: NONE

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF DEFENCE

TINA MICHELLE ESPINOSA DE LOS MONTEROS

Plaintiff

v.

IMPEACHED ILLEGAL HILARY, BILL CLINTON,

REGAN, BIDEN, OBAMA, TRUMP, CARTER, BUSH

Defendant(s)

CASE NUMBER: CV22-1554-ODW (ASx)

I TINA M EDELOS MONTEROS C0742163, AP80005978, C0099305, C00622670, IN FEDERAL ELECTION. TINA M.EDELOS MONTEROS AND SINGLE. EMPLOYMENT IM SELF EMPLOYED WITH FRANCHISE UBER, I TINA MONTEROS DOES UBER ALL OVER LOS ANGELES COUNTY AND OTHER COUNTIES. I TINA MONTEROS HAS CHILDREN 3. HAVE NOT SEEN CHILDREN SINCE 1994. (1a) I'M WORRIED ABOUT MY CHILDREN PERAL CRYSTAL BLANCARTE, MARLENE MALINDA BLANCARTE AND MY ONLY SON DAVID BLANCARTE. I TINA M, THINKS SOMETHING HAPPEN TO CHILDREN.

SUSPECTED DAVID BLANCARTE WAS SUICIDAL. IVE REPORTED THE MAN AT THE BEINGING OF OWER RELATIONSHIP WHILE I TINA MONTEROS WAS A MINOR.

CV-127 (09/09)        PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

1  HARASSMENT FROM THE UNITED STATES
2  HILARY CLINTON IS A TRANSGENDER CLEARIFY WOMAN IMPERSINATING A WOMAN
3  AND A MAN GENDER, EASELY TO HURT PEOPLE.
4  HILARY CLINTON HAD ATTACKED ME AND BURNT ME AT THE PASEDENA HOSPITAL
5  HILARY CLINTON USES PROJECTOR AND COMES INTO MY HOUSE MOVING AND
6  PHYSICALLY AROUND THE UNITED STATES WHITE HOUSE AND IT CAN BE
7  DANGEROUS FOR THOSE INNOCENT IN THE WHITE HOUSE.
8  I TINA MONTEROS BELIEVE THAT HILARY CLINTON HAS HIDDEN ALOT IN THIS
9  HOUSE INCLUDING MURDERING MY MOTHER GLORIA JEAN SANCHES AND FIDEL
10 SANCHES RAMIREZ OF THE UNITED STATES MILITARY, IM POSITIVE THAT HILARY
11 CLINTON KILLED FIDEL RAMIREZ SANCHES WITH ELECTRICITY IT IS RECORDED.
12 DOCTOR HAS STATED HE HAD DIED OF A HEART ATTACK.
13 HILARY CLINTON HAS CONNECT THEMSELF TO THE STREETS PLEASE SEE PHOTOS
14 THESE PEOPLE HAVE SECRET SERVICES SPEAKING TO THEM WITH EQUIPTMENT .
15 AFTER HILARY CLINTON STARTED TO USE THE PROJECTOR HERE COMES TRUMP
16 THAN OBAMA.
17 LATER , A VISIT BREAKING AND ENTERING MY ROOM, IM NOT SURE IF IT WAS A
18 GRANDPARENT OR ILLEGL IDENITY THIEFTER. HE HAD A BAR IN HIS HAND. LATER
19 CAME BILL CLINTON AND HIS GIRL FRIEND.
20 I THOUGHT BILL CLINTON WAS A NICE GUY BUT SOMETHING ABOUT HIM IS NOT
21 GOOD. I TINA MONTEROS STOOD AWAY.
22 IM HEARING HOSTAGES AND THEY ARE ALL GETTING ATTACKED BY CYBER .

| | |
|---|---|
| 1 | Name: tina michelle espinosa de los monteros |
| 2 | Address: 2667 PIRTLE STREET |
| 3 | LOS ANGELES CALIFORNIA 90039 |
| 4 | Phone: |
| 5 | Fax: NONE |
| 6 | In Pro Per |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

plaintiff and defence
tinamichelle espinosa de los monteros

Plaintiff

v.

impeached mense Hilary& bill clinton,regan,trump,bush,biden,carter, cyber dept anderson

Defendant(s).

CASE NUMBER:

To be supplied by the Clerk of
The United States District Court

IN 1969 HARASSMENT BEGAN

I TINA MICHELLE ESPINOSA DE LOS MONTEROS WAS 1970 aprox THE HOUSE OF 414 LAVITA TERRACE IN LOS ANGELES CALIFORNIA AREA OF ECHO PARK.

SECRET SERVICE HAD THOUGHT TO USE THESE BOYS.

NAMES MARCE AND HECTOR .I TINA MONTEROS DONT HAVE BROTHERS_

SERVAILENCE WAS TO CLEAR TINA M WALK AFTER CORRECTION BUT THEY DID NOT NOW I TINA MONTEROS HAS THIS PROBLEM IN MY HOUSE .

I TINA MONTEROS FAMILY IS IN THE WHITE HOUSE IN TIME OF YEAR 1968-1969

THESE BOYS ARE NOT BROTHERS, NEVER HAD BROTHERS.

I TINA , NEVER HAD A DAD.

my mom gloria Jean Sanches got raped by some man walking behinder after we came from store.

CV-126 (09/09)     **PLEADING PAGE FOR A COMPLAINT**

HARASSMENT FROM THE UNITED STATES WHITE HOUSE

HILARY CLINTON AND THE ABOVE HAS BEEN USING MILITARY EQUIPTMENT AND HAS BEEN EASE DROPPING STEALING INFORMATION AND TRADING INFORMATION OF MY MOTHER GLORIA JEAN SANCHES AS WEL AS MINE TINA M. MONTEROS.

SHE HAS THOUGHT TO USE US AS A BUSINESS LIKE HER CHILD TRAFFICING BUT WE AT OWER OWN PRIVATE HOMES.

I TINA MONTEROS HAS BEEN BURNT BY CYBER ATTACKS . CYBER ATTACKS ARE OF ELECTRICITY. PLEASES SEE MILITARY DEFITION CYBER ATTACKS IN SMALL PRINTS IT WILL STATE IT IS ELECTRICITY.

HILARY CLINTON ALSO USES PROJECTOR AND SHE MOVES AROUND IN THE WHITE HOUSE BY USING MYHOUSE POSSIBLE VICTIMS ARE AT RISK IN WHITE HOUSE.

HILARY CLINTON HAD USED PROJECTOR AND NOW EVERYONE OF THEM USE THE PROJECTOR TO COME INTO MY HOUSE TO TRADE INFORMATION AND STEAL IDENTIY. CYBER DEPARTMENT PLACES NOISES IN MY HOUSE AND NO ONE IS THERE. HE HARASSES ME AND SEXUALLY ASSUALTS ME .

HILARY CLINTON HAD SEXUALLY ASSULTED ME WITH MILITARTY EQUIPTMENT. IVE CALLED THE WHITE HOUSE AND IT IS A RECORDED LINE AND HILARY CLINTON HAD STATES THAT SHE WAS DEAD, AND CONFESSED THAT I TINAMONTEROS WAS THE PRESIDENT OF THE UNITED STATES. ON A RECORDED LINE. OBAMA HAD CONFESSED THAT I TINA MONTEROS WAS THE PRESIDENT OF UNITED STATES .

A COMMON CASE OF THEM ALL USING MILITARY EQUIPTMENT WITH CYRUS A PARSA AL ORGANIZATION 3:19-CV02407.

IN THE SKY IM HEARING PEOPLE THAT ARE HOSTAGES AND THEY ALL SAY THEY HAD LIVED IN MY HOUSE. THEY ARE SAYING THEY ARE MY CHILDREN TOO.

ILLEGAL PURGE

MENTAL ABUSE , HUMAN ORGAN ATTACKS BURNT, MURDERED FOR KENNEDY AT THE HOSPITAL IN THE RECOVERY WARD WITH HALODAL .

Name: tina michlle espinosa de los monteros

Address: 2667 PIRTLE STREET

LOS ANGELES , CALIFORNIA 900939

Phone: 323-492-2672

Fax: NONE

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF DEFENCE TINA MICHELLE ESPINOSA DE LOS MONTEROS<br><br>Plaintiff<br><br>v.<br><br>impeached and mense hilary clinton bill clinton obama trump, carter,bush, regan,biden,cyberdept, fbi anderson C.<br><br>Defendant(s). | CASE NUMBER:<br><br>To be supplied by the Clerk of The United States District Court |
|---|---|

harassmnet july 28,2020

stealing idenity of my mother Gloria Jean Sanches(Z).

past and present elected officals are fraud. case on fraud officials

listen to court storage and files- hidden document

hilary clinton murderous serial killing,illegally promoting murderous doings, not following rules in white house, missing people , people held hostage, military at risk illegal contract to conduct war in other countries with out the appropriate president of document , illegal policy writting to conduct war for cover of money laundering in other countries. fighting for money that is not theirs and getting mad at other staffs of countries in count of money.

ucla cyber attacks and today the breech of leagl paper with out the true title holder of family business.

ucla case BC589247-15-15 attorny was fraud and entering university ucla for title holder or studies

HARASSMENT JULY 28,2020 CONTINUES

ucla studies was for a government people to come out of the university .

ucla- usc professors had went for the NFL illegally and done fraud and coruption in the NFL

please see NFL fraud scanning football players for idenity of title holder.

I tina monteros is a victim of the ucla cyber attacks and imm still getting attacked by cyber electricity and harassed. the million dollars that ucla has offered never gotten to me tinamonteros.

for being victim and attacked and my medical records were stolen from th edoctors on primiess of ucla. by dr. zepeda.

ucla- is using my grades and my inheritence in the college insurance. my idenity has been stolen from usc and in ucla.

the protection from trans union or any of the irs do not work.. my social security has been used on the radio vice and it risks tina monteros. every time applied for protection my inforamtion was never protected this has happen three times and my millions have not posted to my account.

stolen properties and flipping of insurence ..my family members had left me homes to go to and take care of and i tina monteros knows that the papers are on the homes and are recorded by the united states of america service of recordings.

tina monteros protection number #c00742163 federal election #c00622670

needs questioning separate actions of judicial watch ?

today they are using the code black- government code black is a secret to do coruption or murder with out anyone nowing for no medical sign detected cause it is a unknown high technology equiptment.

LISTEN TO COURT RECORD IN 1789 at grandparent house in 1968

all illegal elected official easedropping are in the white house

QUESTION UCLA SUPERIOR CLASS ACTION 2 PROTECTION AND REIENBURST MILLION TO VICTIM, I TINA MONTEROS NEVER GOT A MILLION DOLLARS. CYBER ATTACKERS STILL ATTACK. I'VE WENT TO DOCTORS TO GET IT IN WRITTING. MEDICAL RECORD

Name: tina michelle espinosa delos monteros

Address: 2667 pirtle street

los angeles , california 90039

Phone: 323- 492-2672

Fax: tinam.edlos monteros sanchestmsptm

In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

PLAINTIFF DEFENCE TINA M. EDELOS MONTEROS

Plaintiff

v.

IMPEACHED MENSE hilary bill clinton, regan, carter, obama,bush,biden, fbi anderson cooper and cyber dept

Defendant(s).

CASE NUMBER:

To be supplied by the Clerk of
The United States District Court

---

harssment december 06,2019

im complaning to you that they are steling my idenity... i tina monteros has been in the white house and you can idenify it with recordings. I've also have been in the united kingdom. during the time of visits in ontario california time, yes, i was in a golden sleeping but i tine monteros was not little in the white car. it is recorded withsome people trying to block my situatation with the government. what is the cyber department problem stealing idenity that can not be tooken. my papers are in the white house and are in the united kingodm. my registry in united kingdom is rc599035. they had seen my birth certificate in united kingdum.

in the white house my relative living in white house request for no one to take my papers. than this other spanish woman was not to take my informaton and she did dhe is still in the white house making messes with country valenzuela.

now , ONLY title i (La)tina michelle espinosa de los monteros knows about the ukraine it is TRUETH. i tina michelle espinosa de los monteros is here. my mother maiden name is sanches, it is possible that fidel is my father he was a united states military . my name espinosa de los monteros came from superior courts. the seal has several names that are not here anymore to honor me my seal in approriate form in the united states of america in the supior form i tina michelle espinosa de los monteros was granted my name of seal/streemer.

THAT IS WHY MAIN STREEMM MEDIA IGNORING STORIES, THAT DO NOT FIT THERE (ANTI) TRUMP NARRATIVE.

STORIES DOES NOT EXSIST...ITS HIS ALIAS NAME TO EMBEZZOL. THE MAN TRUMP SHOULD BE IMPEACHED (PEOPLE KILLER MARKETER FOR BUSINESS AND MONIES) ACCORDINGLY TO RUSSIA ON THE LINE THERE WAS A LETTER FROM A FAMILY MEMBER.

accordingly to the letter on december 06,2019.

NUNES. a note from congressman devin nunes.. idenify the idenity please and see that all information that i tina monteros is protected and is not placed in anyone cambers to contiune to do coruption here in the United Stes or any where in the countries. I tina michelle espinosa de los monteros is here to take back and bring disturbence back to normal and to do justice for those that became victim to the united states, such as my self and peoples.

i tina michelle espinosa de los monteros is for WE THE PEOPLE .please look on the property in mississippi. were my tina michelle espinosa de los monmteros real family lived . Their is a ediot that had thought to leave me out and im going to dismiss him for faul play.

ON DECEMBER 06,2019
JUDICIAL WATCH HAD STATED THAT THE INTELLIGENCE COMMITTEE OFFICIALS DONE MAJOR ABUSES AGAINST TINA MICHELLE ESPINOSA DE LOS MONTEROS

HARASSMENT FROM THE UNITED STATES WHITE HOUSE

HILARY CLINTON AND THE ABOVE HAS BEEN USING MILITARY EQUIPTMENT AND HAS BEEN EASE DROPPING STEALING INFORMATION AND TRADING INFORMATION OF MY MOTHER GLORIA JEAN SANCHES AS WEL AS MINE TINA M. MONTEROS.

SHE HAS THOUGHT TO USE US AS A BUSINESS LIKE HER CHILD TRAFFICING BUT WE AT OWER OWN PRIVATE HOMES.

I TINA MONTEROS HAS BEEN BURNT BY CYBER ATTACKS . CYBER ATTACKS ARE OF ELECTRICITY. PLEASES SEE MILITARY DEFITION CYBER ATTACKS IN SMALL PRINTS IT WILL STATE IT IS ELECTRICITY.

HILARY CLINTON ALSO USES PROJECTOR AND SHE MOVES AROUND IN THE WHITE HOUSE BY USING MYHOUSE POSSIBLE VICTIMS ARE AT RISK IN WHITE HOUSE.

HILARY CLINTON HAD USED PROJECTOR AND NOW EVERYONE OF THEM USE THE PROJECTOR TO COME INTO MY HOUSE TO TRADE INFORMATION AND STEAL IDENTIY. CYBER DEPARTMENT PLACES NOISES IN MY HOUSE AND NO ONE IS THERE. HE HARASSES ME AND SEXUALLY ASSUALTS ME .

HILARY CLINTON HAD SEXUALLY ASSULTED ME WITH MILITARTY EQUIPTMENT.

IVE CALLED THE WHITE HOUSE AND IT IS A RECORDED LINE AND HILARY CLINTON HAD STATES THAT SHE WAS DEAD, AND CONFESSED THAT I TINAMONTEROS WAS THE PRESIDENT OF THE UNITED STATES. ON A RECORDED LINE. OBAMA HAD CONFESSED THAT I TINA MONTEROS WAS THE PRESIDENT OF UNITED STATES .

A COMMON CASE OF THEM ALL USING MILITARY EQUIPTMENT WITH CYRUS A PARSA AI ORGANIZATION 3:19-CV02407.

IN THE SKY IM HEARING PEOPLE THAT ARE HOSTAGES AND THEY ALL SAY THEY HAD LIVED IN MY HOUSE.  THEY ARE SAYING THEY ARE MY CHILDREN TOO.

ILLEGAL PURGE

MENTAL ABUSE , HUMAN ORGAN ATTACKS BURNT, MURDERED FOR KENNEDY AT THE HOSPITAL IN THE RECOVERY WARD WITH HALODAL .